# JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. EDCV14-00438 JGB (SPx) |
| Plaintiff, | |
| v. | **Order re: Joint Stipulation for Dismissal** |
| Anab, Inc. dba Denny's #7989; Caltex Equities Series, LLC, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendants Anab, Inc. and Caltex Equities Series, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  September 4, 2014

_____
United States District Judge